UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN STARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-0058 (RMC) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S OBJECTION TO REASSIGNMENT OF CASE
AND MOTION TO TRANSFER CASE TO ORIGINAL JUDGE**

    Plaintiff, Susan Stark, respectfully submits her objection to the Clerk's Office's reassignment of this case and moves this Honorable Court to direct that the instant action be transferred to the original judge to whom it had been assigned.

    This is an action under the Federal Tort Claims Act. Plaintiff was struck on a pedestrian cross-walk on Pennsylvania Avenue by an SUV driven by an agent of the US Secret Service when she had the right of way. As a result of the collision, plaintiff sustained permanent injuries, including fractures to her hip bone requiring surgical implant of metal rods and screws and serious neurological injuries. Plaintiff insists that the US Secret Service jeopardized her rights to pursue this case by directing witnesses to leave the scene of the incident prior to taking their statement and contact information, by refusing to produce surveillance tapes from the traffic camera at the intersection and the Executive Office Building, by failing to submit to a blood alcohol or breathalyzer test after the collision, and by fabricating the story that plaintiff was walking in between two parked cars onto the path of a moving vehicle, which was not true.

    On November 1, 2007, Plaintiff filed suit against the United States under case number 07-1957. The Government subsequently filed a motion to dismiss without prejudice because the

complaint had allegedly been filed a day too early. Plaintiff filed a notice of voluntary dismissal without prejudice in order to avoid a jurisdictional dispute which could subsequently become problematic. On January 10, 2008, the Court issued an order approving the dismissal without prejudice.

On January 14, 2008, plaintiff filed a new complaint in this action. The complaint was assigned to the Honorable Ricardo Urbina pursuant to the Court's random assignment system. *See* Ex. A (first page of complaint containing case assignment label). On or about January 16, 2008, the Clerk's Office informed undersigned counsel that this case had been assigned by "mistake" and would have to be reassigned to the Honorable Rosemary Collyer. Plaintiff respectfully submits that the assignment of this case pursuant to the Court's random assignment system was not a "mistake," and it was improper for the Clerk's Office to reassign this case when the judge to whom it had originally been assigned did not recuse himself.

Although a notice of related cases was filed by plaintiff concurrently with the complaint pursuant to Local Civil Rule 57.12, there was no prohibition for this Court to assign the case pursuant to its random assignment system. Indeed, this Court has assigned cases to a judge other than the judge named in a party's notice of related cases in the past. *See, e.g., In re Tobacco / Governmental Healthcare Costs Litigation*, 76 F. Supp.2d 5, 8 (D.D.C. 1999); *United States v. Union Pacific Railway Co.*, 305 F.Supp. 3, n. 4 (Jud. Pan. Mult. Lit. 1969); *see also In the Matter of United States, v. Qantas Airways, Ltd.*, 2008 WL 134233, n. 1 (D.D.C. 2008). The Clerk's Office having assigned this case to the Honorable Ricardo Urbina pursuant to its random assignment system and a summons having been issued to plaintiff, it was improper for the Clerk's Office to subsequently reassign the case in the absence of recusal.

For the above reasons, plaintiff respectfully objects to the Clerk's Office's reassignment of this case and moves this Honorable Court to transfer the case to the judge to whom it had originally been assigned.

Dated: January 18, 2008                    /s/ Stefan Shaibani
                                                           Stefan Shaibani (D.C. Bar No. 490024)
                                                          LITIGATION ASSOCIATES, PLLC
                                                          1150 Connecticut Avenue, NW, Suite 900
                                                          Washington, DC 20036
                                                          Tel: 202-277-8892
                                                          Fax: 202-828-4130
                                                          *Counsel for Plaintiff Susan Stark*

CERTIFICATE OF SERVICE

    I hereby certify that on January 18, 2008, I electronically filed and subsequently caused to be served on the next business day by First Class Mail copies of "PLAINTIFF'S OBJECTION TO REASSIGNMENT OF CASE AND MOTION TO TRANSFER CASE TO ORIGINAL JUDGE" and that service was thus effected upon the recipient below in accordance with the local rules of this Court:

Jeffrey Taylor
Brian Hudak
United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530
(202) 514-7143
*Counsel for the United States*

/s/ Stefan Shaibani

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSAN STARK,                )
                            )
    Plaintiff,               )
                            )
    v.                       )   Civil Action No. 08-0058 (RMC)
                            )
UNITED STATES,              )
                            )
    Defendant.               )
                            )

## ORDER

Upon consideration of Plaintiff's Objection to Reassignment of Case and Motion to Transfer Case to Original Judge, Defendant's response to the motion, if any, and upon consideration of the entire record of this case, it is hereby

ORDERED that Plaintiff's Motion to Transfer Case to Original Judge is GRANTED; it is further

ORDERED that the Clerk's Office shall forthwith transfer this case to the Honorable Ricardo Urbina.


Dated: _____, 2008        _____
                                        Judge

STAMP AND RETURN

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN STARK,<br>4812 Trinity Place<br>Philadelphia, PA 19143<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES,<br><br><u>Serve</u>:  Michael Mukasey<br>Attorney General of the U.S.<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br><br><u>Also Serve</u>:  Jeffrey Taylor<br>U.S. Attorney for the District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530<br><br>    Defendant. | Case: 1:08-cv-00058<br>Assigned To : Urbina, Ricardo M.<br>Assign. Date : 1/14/2008<br>Description: PI/Malpractice |

## COMPLAINT

Plaintiff, Susan Stark, for her complaint, alleges as follows:

### NATURE OF THE ACTION

1. This is an action for negligence and *respondeat superior* arising from injuries sustained by plaintiff when she was struck by a U.S. Secret Service SUV driven by Agent Kyle Norton on a pedestrian crosswalk in the District of Columbia.

### JURISDICTION AND VENUE

2. This action arises under the Federal Tort Claims Act, 28 U.S.C. § 1346.

3. The Court possesses jurisdiction to entertain plaintiff's claims pursuant to 28 U.S.C. § 1331 (federal question jurisdiction).