UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SUSAN STARK, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | Civil Action No. 08-58 (RMC) |
| v. | ) | |
|  | ) | |
| UNITED STATES OF AMERICA, | ) | |
|  | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is "Plaintiff's Objection to Reassignment of Case and Motion to Transfer to Original Judge" ("Pl.'s Mot.") [Dkt. # 4]. For the following reasons, the motion will be denied.

On November 1, 2007, Plaintiff Susan Stark filed a complaint against the United States under Civil Action No. 07-1967. On January 10, 2008, the undersigned approved Plaintiff's voluntary dismissal without prejudice.

On January 14, 2008, Plaintiff filed a new complaint based on the same allegations, and involving the same parties, under Civil Action No. 08-58. Plaintiff asserts that this case was assigned to the Honorable Ricardo Urbina pursuant to the Court's random assignment system. Pl.'s Mot. at 2. In fact, the case was not assigned to Judge Urbina. The Clerk's Office voided the assignment to Judge Urbina, because a related case notice was filed with the second complaint. On or about January 16, 2008, the Clerk's Office reassigned the matter to the undersigned as a "related case" to Civil Action No. 07-1967. *See* LCvR 40.5(a)(4) ("[C]ases whether criminal or civil . . .

shall be deemed related where a case is dismissed, with prejudice or without, and a second case is filed involving the same parties and relating to the same subject matter.").

The procedures in the Clerk's Office and the Local Rules of this Court dictate that related cases are assigned to the Judge having the previous case. *See Tripp v. Executive Office of the President*, 194 F.R.D. 340, 342 (D.D.C. 2000) (judicial economy counsels in favor of the "related case" rule). Ms. Stark does not and cannot assert that Civil Action Nos. 08-58 and 07-1967 are unrelated. In fact, Ms. Stark filed a notice of related cases in 08-58, *see* Dkt. # 2, and relies instead on the argument that there have been instances where this district court "has assigned cases to a judge other than the judge named in a party's notice of related cases in the past." Pl.'s Mot. at 2 (citing cases). Ms. Stark offers no other grounds (e.g., judicial bias or prejudice) that would necessitate transfer or recusal by the undersigned. Finding that Civil Action No. 08-58 was properly reassigned to this Court as a "related case" pursuant to the Local Rules and procedures of this Court and seeing no good cause to transfer this case, it is hereby

**ORDERED** that Plaintiff's Objection to Reassignment of Case and Motion to Transfer to Original Judge [Dkt. # 4] is **DENIED**.

**SO ORDERED**.

                                              /s/
                                      ROSEMARY M. COLLYER
                                      United States District Court

Date: January 30, 2008