UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN STARK, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 08-0058 (RMC) |
| UNITED STATES, | ) |
|     Defendant. | ) |

<u>AFFIDAVIT OF ROSEMARY SOLORZANO</u>

I, Rosemary Solorzano, affirm under penalties of perjury as follows:

1. I am over the age of 18 and not a party to this action.

2. On January 18, 2008, I served the Attorney General of the United States, Michael Mukasey, with the summons and complaint in the above-captioned matter by delivering the same to Monique Parks, authorized to accept service on behalf of the United States Attorney General at approximately 3 p.m. at the U.S. Department of Justice, Mail Room BLL206, 950 Pennsylvania Avenue, NW, Washington, DC 20530.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 22, 2008

                                                                Rosemary Solorzano
                                                                 Washington, DC

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 22nd day of January, 2008

_____
Notary Public, D.C.
My commission expires _____

DOUGLAS M. STRINGER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 31, 2011

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN STARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0058 (RMC) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### AFFIDAVIT OF ROSEMARY SOLORZANO

I, Rosemary Solorzano, affirm under penalties of perjury as follows:

1. I am over the age of 18 and not a party to this action.

2. On January 18, 2008, I served the United States Attorney for the District of Columbia, Jeffrey Taylor, with the summons and complaint in the above-captioned matter by delivering the same to Lakesha Carroll, authorized to accept service on behalf of Jeffrey Taylor at approximately 2:30 p.m. at the U.S. Attorney's Office for the District of Columbia, 501 3rd Street, NW, Washington, DC.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 22, 2008

Rosemary Solorzano
Washington, DC

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 22nd day of January, 2008
Douglas M. Stringer
Notary Public, D.C.
My commission expires_____

DOUGLAS M. STRINGER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 31, 2011