UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN STARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-0058 (RMC) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for Defendant in the above-captioned case.

Dated: March 18, 2008
        Washington, D.C.

                                           Respectfully submitted,

                                            /s/
                                        BRIAN P. HUDAK
                                        Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, NW
                                        Washington, DC 20530
                                        (202) 514-7143
                                        brian.hudak@usdoj.gov