UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SUSAN STARK,**  )
  )
  **Plaintiff,**  )
  )
v.  )   Civil Action No. 08-58 (RMC)
  )
**UNITED STATES OF AMERICA,**  )
  )
  **Defendant.**  )
  )

## SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on May 7, 2008, it is hereby **ORDERED** that:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be made no later than June 9, 2008.

2. Discovery shall commence upon entry of this Order.

3. Plaintiff's designation of experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) shall be made no later than September 4, 2008.

4. All fact discovery shall be completed no later than September 4, 2008.

5. A post-discovery status conference is scheduled for 11:00 A.M. on September 5, 2008.

6. All expert discovery shall be completed no later than December 4, 2008.

7. A further status conference is scheduled for 10:00 A.M. on December 5, 2008.

8. Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

9. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to

conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

10. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge. If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

11. Trial counsel shall appear at all hearings, unless excused by the court in advance of the hearing date.

12. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**

Date: May 9, 2008                                   /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge