**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SUSAN STARK, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 08-0058 (RMC) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.6, Stefan Shaibani of Litigation Associates, PLLC respectfully requests the Court's leave to withdraw as counsel for Plaintiff Susan Stark in the above-captioned matter. The requested relief is necessary because of counsel's irreconcilable strategic differences with his client. Under these circumstances, counsel cannot effectively represent Plaintiff in this case. On June 9, 2008, counsel sent a letter to Plaintiff informing her of his intent to withdraw as counsel. See Attached Letter. In response, Plaintiff informed counsel that she would not object to the instant Motion to Withdraw as Counsel. On or about June 9, 2008, Brian Hudak, counsel for the United States, consented to this motion.

Wherefore, Stefan Shaibani of Litigation Associates, PLLC respectfully requests the Court's leave to withdraw as counsel for Plaintiff Susan Stark in this matter.

Respectfully Submitted,

Dated: June 12, 2008

/s/ Stefan Shaibani
Stefan Shaibani (D.C. Bar No. 490024)
LITIGATION ASSOCIATES, PLLC
1150 Connecticut Avenue, NW, Suite 900
Washington, DC 20036
Tel: 202-277-8892
Fax: 202-828-4130
*Counsel for Plaintiff Susan Stark*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2008, I electronically filed and subsequently caused to be

served on the next business day by First Class Mail copies of "MOTION TO WITHDRAW AS

COUNSEL" and that service was thus effected upon the recipient below in accordance with the

local rules of this Court:

Brian Hudak
United States Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
*Counsel for the United States*

Susan Stark
200 College Pl., #207
Norfolk, VA 23510

<u>/s/ Stefan Shaibani</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUSAN STARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-0058 (RMC) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon consideration of Stefan Shaibani's Motion to Withdraw as Counsel, Defendant's

consent to the motion, notice of this motion having been sent to Plaintiff Susan Stark, and upon

consideration of the entire record of this case, it is hereby

ORDERED that Stefan Shaibani's Motion to Withdraw as Counsel is GRANTED; it is

further

ORDERED that Stefan Shaibani of Litigation Associates, PLLC is hereby given leave to

withdraw and shall forthwith no longer be attorney of record for Plaintiff Susan Stark.


Dated: _____, 2008          _____
                                                                          Judge

**By Email & First Class Mail**                                          June 9, 2008
Susan Stark
200 College Pl., #207
Norfolk, VA 23510

Re:    **Susan Stark v. United States, Case No. 08-0058**

Dear Ms. Stark:

      Pursuant to our telephonic conversations over the past month and the emails exchanged between us, Stefan Shaibani and Litigation Associates, PLLC are filing a motion to withdraw as your counsel in the above-captioned matter.  You may object to my withdrawing as your counsel in the above case by filing your objections with the U.S. District Court for the District of Columbia within 15 days of the date of my motion. Pursuant to your instructions, I will send you a copy of my motion to withdraw as counsel along with your case files to the above address in Norfolk, Virginia.

      We wish you the best in obtaining legal representation and a just outcome in your case.

      Very truly yours,

      /s/ Stefan Shaibani
      Stefan Shaibani