**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUSAN STARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-0058 (RMC) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL

Please take notice that Stefan Shaibani hereby withdraws his Motion to Withdraw as Counsel filed on June 12, 2008 in the above-captioned case.

Respectfully Submitted,

Dated: June 23, 2008

/s/ Stefan Shaibani
Stefan Shaibani (D.C. Bar No. 490024)
LITIGATION ASSOCIATES, PLLC
1150 Connecticut Avenue, NW, Suite 900
Washington, DC 20036
Tel: 202-277-8892
Fax: 202-828-4130
*Counsel for Plaintiff Susan Stark*

2

CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I electronically filed "NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL" and that service was thus effected upon the recipient below in accordance with the local rules of this Court:

Brian Hudak
United States Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
*Counsel for the United States*

/s/ Stefan Shaibani