UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN STARK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | Civil Action No. 08-0058 (RMC) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the parties to this action hereby enter into this Stipulation of Dismissal.

WHEREFORE, this action is hereby dismissed with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

/s/
STEFAN SHAIBANI
D.C. Bar No. 490024
Litigation Associates, PLLC
1150 Connecticut Avenue, NW, Suite 900
Washington, DC 20036
Tel: (202) 862-4335
Fax: (202) 828-4130

*Attorneys for Plaintiff*

JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney

RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

June 23, 2008

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I electronically filed "STIPULATION OF DISMISSAL" and that service was thus effected upon the recipient below in accordance with the local rules of this Court:

Brian Hudak
United States Attorney's Office of the District of Columbia
555 4th Street NW
Washington, DC 20530
(202) 514-7143

/s/ Stefan Shaibani